

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

December 19, 2025

**BY ECF**

Lloyd B. Chinn
Member of the Firm
d +1.212.969.3341
f 212.969.2900
lchinn@proskauer.com
www.proskauer.com

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:    ***Oladokun Owoyemi v. Deutsche Bank AG, et al.***
      **Civil Action No. 1:25-CV-04560-JLR**

Dear Judge Rochon:

This firm represents Defendants Deutsche Bank AG, Deutsche Bank Americas Holding Corporation, and DB USA Core Corporation (collectively, "Deutsche Bank") in the above-referenced matter.

We write jointly with counsel for Plaintiff to respectfully request that the Court enter the below schedule to address the parties' pending motion and Defendants' anticipated motion to dismiss the amended complaint.

By way of pertinent procedural background:

- On November 4, 2025, Defendants filed a Renewed Motion to Dismiss. (ECF Dkt. Nos. 29-32.)

- On November 17, 2025, Plaintiff obtained an extension to respond to Defendants' Motion to Dismiss. (ECF Dkt. No. 34.)

- On December 1, 2025, Plaintiff filed a Cross Motion for Leave to file an Amended Complaint, attaching his proposed Amended Complaint. (ECF Dkt. Nos. 35-37.)

- On December 7, 2025, Defendants obtained an extension to respond to Plaintiff's Cross-Motion for Leave. (ECF Dkt. No. 40.) Defendants' response is currently due on December 22, 2025.

For the purpose of avoiding unnecessary motion practice, the parties jointly stipulate and request the Court to:

(1) deny as moot Defendants' pending Motion to Dismiss (ECF Dkt. Nos. 29-32);

(2) grant Plaintiff's Cross Motion for Leave (ECF Dkt. Nos. 35-37) and allow Plaintiff to file the Proposed Amended Complaint (ECF Dkt. No. 36) on December 22, 2025 (provided

that in so stipulating, Defendants do not waive any arguments in favor of dismissal under Rule 12); and

(3) extend Defendants' deadline until January 12, 2026 to move to dismiss the Amended Complaint. Under Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the Amended Complaint (if filed on December 22, 2025) would be due on January 5, 2026, but given the intervening holidays, the parties agree to extend that deadline by one week to January 12, 2026.

Furthermore, and for the record, the parties stipulate to the fact and agree that: (i) the Plaintiff's sole employer was Defendant DB USA Core Corporation, (ii) the remaining two Defendants -- Deutsche Bank AG and Deutsche Bank Americas Holding Corporation -- were not Plaintiff's employers, joint-employers or integrated employers; and (iii) Plaintiff will revise the proposed Amended Complaint so that DB USA Core Corporation is the only Defendant.

Accordingly, the parties respectfully request the Court to (i) deny as moot Defendants' pending Motion to Dismiss; (ii) grant Plaintiff's Motion for Leave to file the Amended Complaint (revised to reflect DB USA Core Corporation as the only Defendant), and (iii) allow Defendants until January 12, 2026 to file their motion to dismiss the Amended Complaint.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Lloyd B. Chinn*_____

Lloyd B. Chinn

cc:     Counsel of record (via ECF)

Requests GRANTED.  Plaintiff's cross-motion for leave to file an amended complaint is GRANTED, and Defendants' motion to dismiss the Complaint is DENIED as moot. Defendants shall file their motion to dismiss the Amended Complaint by January 12, 2026.  The Clerk of Court is respectfully directed to terminate the motions at Dkts. 29, 35, and 42.

Dated: December 19, 2025          **SO ORDERED.**
          New York, New York

*Jennifer Rochon*_____
**JENNIFER L. ROCHON**
**United States District Judge**

2