Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

Lloyd B. Chinn
Member of the Firm
d +1.212.969.3341
f 212.969.2900
lchinn@proskauer.com
www.proskauer.com

October 22, 2026

Request GRANTED. The initial pretrial conference scheduled for December 2, 2026, at 3:30pm is adjourned until December 7, 2026, at 10:00am.

Dated: October 23, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**BY ECF**

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re: ***Oladokun Owoyemi v. DB USA Core Corporation***
**Civil Action No. 1:25-CV-04560-JLR**

Dear Judge Rochon:

We represent Defendant DB USA Core Corporation ("Deutsche Bank") in the above-referenced matter. In accordance with the Court's Notice of Initial Pretrial conference (ECF No. 60) and the Court's Individual Rules and Practices in Civil Cases, Deutsche Bank respectfully submits this letter-motion seeking to reschedule the Initial Pretrial Conference currently set for December 2, 2026, 3:30 p.m.

We are requesting rescheduling because undersigned counsel will be in a pre-existing mediation on the West Coast on December 2, 2026 and will not be able to attend.

This is Deutsche Bank's first request for an adjournment of the Initial Pretrial Conference. With respect to this request, Plaintiff's counsel has advised us that Plaintiff does not oppose Deutsche Bank's rescheduling request. No other appearances before the Court are currently scheduled.

Pursuant to Rule 1.F. of the Court's Individual Rules and Practices in Civil Cases, the parties provide the following three mutually agreeable alternative dates: December 7, 8 and 14, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

*s/ Lloyd B. Chinn*
Lloyd B. Chinn

cc: Marjorie Mesidor, Esq. (via ECF)
Joseph Myers, Esq. (Via ECF)